IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CRIMINAL CASE NO. 3:94cr126

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | O R D E R |
| | ) | |
| RONALD D. BROWN. | ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Seal Regarding Motion for Reduction of Sentence Pursuant to 18 United States Code §3582(C)(2). [Doc. 388].

For the reasons stated in the Motion, Defendant's Motion will be **ALLOWED** and the Motion for Reduction of Sentence shall be sealed.

**IT IS SO ORDERED.**

Signed: November 11, 2008

Martin Reidinger
United States District Judge